1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10
11  MICHAEL MANCHA,                    ) Case No. ED CV 11-1314 JCG
                                       )
12          Plaintiff,                 )
                                       )
13          v.                         ) **JUDGMENT**
                                       )
14  MICHAEL J. ASTRUE,                 )
    COMMISSIONER OF SOCIAL             )
15  SECURITY ADMINISTRATION,           )
                                       )
16                                     )
            Defendant.                 )
17  _____    )
18
19
20          IT IS ADJUDGED that the decision of the Commissioner of the Social
21  Security Administration is **AFFIRMED**.
22
23  DATED: June 28, 2012
24
25                                    _____
                                           Hon. Jay C. Gandhi
26                                      United States Magistrate Judge
27
28